CO-386-online
10/03

FILED
FEB 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Pension Benefit Guaranty Corp., )
U.S. Government Agency )
)
                Plaintiff )   Civil Action No. __08 0271__
   vs )
)
LA SALLE BANK, N.A., et al. )
)
)
                Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Pension Benefit Guaranty Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Pension Benefit Guaranty Corporation__ which have any outstanding securities in the hands of the public:

  None.

These representations are made in order that judges of this court may determine the need for recusal.

                                    Attorney of Record

                                    */s/ Merrill Boone*
                                    Signature

__DC 431428__                           __Merrill D. Boone__
BAR IDENTIFICATION NO.        Print Name

                                    __PBGC, 1200 K Street, N.W.__
                                    Address

                                    __Washington, D.C.__    __20005__
                                    City           State        Zip Code

                                    __202-326-4020, ext.  3656__
                                    Phone Number

2