CO-386-online
10/03

# United States District Court
# For the District of Columbia

PENSION BENEFIT GUARANTY )
CORPORATION )
)
)
           vs    Plaintiff )   Civil Action No. __1:08-cv-00271-EGS__
)
LA SALLE BANK N.A., et al. )
)
)
                Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Defendant La Salle Bank N.A.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Defendant La Salle Bank, N.A.__ which have any outstanding securities in the hands of the public:

(parent) The Bank of America Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__DC 160176__
BAR IDENTIFICATION NO.

__Robert Plotkin__
Print Name

__1050 Connecticut Avenue, Suite 1200__
Address

__Washington,     D.C.          20036__
City              State         Zip Code

__(202) 857-1750__
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2008, a copy of the foregoing Certificate Rule LCvR 7.1 was served via electronic filing to the following:

>ISRAEL GOLDOWITZ
>Chief Counsel
>KAREN L. MORRIS
>Deputy Chief Counsel
>STEPHANIE L. THOMAS
>Assistant Chief Counsel
>MERRILL D. BOONE
>Attorney
>
>PENSION BENEFIT GUARANTY
>  CORPORATION
>Office of the Chief Counsel
>1200 K Street, N.W.
>Washington, DC 20005-4026
>Tel. No. (202) 326-4020, ext. 3656
>Fax No. (202) 326-4112
>Boone.Merrill@pbgc.gov & efile@pbgc.gov

Robert Plotkin