CO-386-online
10/03

# United States District Court
# For the District of Columbia

PENSION BENEFIT GUARANTY )
CORPORATION )
)
)
           vs    Plaintiff )   Civil Action No.  1:08-cv-00271-EGS
)
LA SALLE BANK N.A., et al. )
)
)
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Defendant La Salle Business Credit LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Defendant La Salle Business Credit LLC__ which have any outstanding securities in the hands of the public:

(parent) The Bank of America Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

DC 160176
BAR IDENTIFICATION NO.

Robert Plotkin
Print Name

1050 Connecticut Avenue, Suite 1200
Address

Washington, D.C.    20036
City    State    Zip Code

(202) 857-1750
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2008, a copy of the foregoing Certificate Rule LCvR 7.1 was served via electronic filing to the following:

>ISRAEL GOLDOWITZ
>Chief Counsel
>KAREN L. MORRIS
>Deputy Chief Counsel
>STEPHANIE L. THOMAS
>Assistant Chief Counsel
>MERRILL D. BOONE
>Attorney
>
>PENSION BENEFIT GUARANTY
>   CORPORATION
>Office of the Chief Counsel
>1200 K Street, N.W.
>Washington, DC 20005-4026
>Tel. No. (202) 326-4020, ext. 3656
>Fax No. (202) 326-4112
>Boone.Merrill@pbgc.gov & efile@pbgc.gov

_____
Robert Plotkin