**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case: 1:08-cv-00271 |
| LA SALLE BANK N.A., | ) ) | |
| LASALLE BUSINESS CREDIT, LLC, | ) ) | |
| Defendants. | ) | |

**DECLARATION OF SERVICE**

I, MERRILL D. BOONE, make this Declaration as proof of service:

1.      Since September 1990, I have been employed as an attorney for the Pension Benefit Guaranty Corporation ("PBGC"), a United States government agency with independent litigating authority. *See* 29 U.S.C. § 1302(a), (b)(1).

2.      I am a member in good standing of the District of Columbia Bar and the bars of several federal courts.

3.      I am assigned to represent PBGC in the above-captioned case.

4.      PBGC's original Complaint in this case named five defendants: LaSalle Bank N.A.; Citimortgage, Inc.; Independence One Mortgage Corporation ("Independence One"); LaSalle Business Credit, LLC ("LaSalle Business"); and Standard Financial Corp. ("Standard")

5.      In response to a letter notifying Standard of PBGC's determination of its liability to PBGC, an attorney named C. Richard Beyda contacted me and informed me that he represented Standard. In a telephone conversation of March 11, 2008, I informed Mr. Beyda that

PBGC had named Standard as a defendant in this case; and Mr. Beyda informed me that he should accept service for Standard.

6.      An attorney named James McElligott contacted me and informed me that he represented LaSalle Bank N.A. and LaSalle Business.  On April 1, 2008, Mr. McElligott informed me, in a telephone conversation and by means of the letter attached hereto as PBGC Exhibit 1, that he was authorized to accept service for LaSalle Bank N.A. and LaSalle Business.

7.      Abstracts of the District of Columbia Corporate Records, attached hereto as Exhibits 2 and 3, list CT Corporation System as the registered agent for Citimortgage, Inc. and Independence One.

8.      PBGC decided to drop Citimortgage, Inc., Independence One, and Standard from this case by means of an amended complaint.

9.      On May 6, 2008, PBGC paralegal Donna Pentek forwarded copies of the Summonses, original Complaint, First Amended Complaint, Notice of Right to Consent to Trial before United States Magistrate Judge, and Initial Electronic Case Filing Order, to a business named Court Support Services, with instructions to serve these documents personally on  Mr. Beyda, Mr. McElligott, and CT Corporation System, on May 9, 2008.  Printouts of the e-mails by which Ms. Pentek did so are attached as PBGC Exhibits 4, 5, and 6.

10.     On May 9, 2008, Jenna Smith of Court Support Services informed Ms. Pentek that the Defendants had been served, and that she would obtain affidavits of service that day and the following Monday, May 12, 2008.  A printout of the e-mail by which Ms. Smith did so is attached as PBGC Exhibit 7.

11.     As indicated in PBGC Exhibit 7, Ms. Pentek asked Ms. Smith about affidavits of service on May 15, 2008.  Ms. Pentek informed me that she did not receive a response.

12.     On May 16, 2008, Mr. Beyda informed me that he had been served with the Summons, the original Complaint, and the First Amended Complaint.

13.     Ms. Pentek informed me that she attempted to call Court Support Services again on May 20, 2008, and the number was no longer in service.  She checked www.court-support-services.com, which stated that Court Support Services has closed down.  A printout from the website is attached as PBGC Exhibit 8.

14.     The website asserts that "[w]e are diligently following up on the return of any original affidavits," and provides an e-mail address for further communication.  Ms. Pentek informed me that on May 20, 2008, she sent an e-mail to this address to enquire about proof of service in this case.  To date, she has not received a response, nor has PBGC received proof of service from Court Support Services.

15.     On May 23, 2008, in response to my request, Mr. McElligott confirmed that he accepted service for LaSalle Bank N.A. and LaSalle Business on May 9, 2008.  A printout of the e-mails between counsel is attached as PBGC Exhibit 9.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2008.


/s/ Merrill D. Boone
Merrill D. Boone

# EXHIBIT 1

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

James P. McElligott
Direct: 804-775-4329



jmcelligott@mcguirewoods.com
Direct Fax: 804-698-2111

April 1, 2008

**_VIA EMAIL AND FIRST CLASS MAIL_**

Merrill D. Boone, Staff Attorney
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026

### _PBGC v. LaSalle Bank, N.A., et al., Case 1:08-cv-00271 (D. D.C.)_

Dear Merrill:

Confirming our phone conversation this morning, I am authorized to accept service, on or after April 4, 2008, on behalf of defendants LaSalle Bank, N. A. and LaSalle Business Credit, LLC with respect to the above-styled lawsuit pending in the United States District Court for the District of Columbia, Case 1:08-cv-00271. As we have discussed, I hope the Corporation will agree that the other defendants are not needed and can be dismissed.

I also confirm that I can discuss the substantive issues in the case either Thursday of next week or most days during the following week, depending on your schedule. Please call to confirm a date and time, or to discuss other issues.

Sincerely,

James P. McElligott, Jr.

cc:    Marta A. Stein, Esq.

# EXHIBIT 2

AutoTrackXP Corporate Records

## Details of: DISTRICT OF COLUMBIA CORPORATE RECORDS

| DISTRICT OF COLUMBIA CORPORATE RECORDS | | |
|---|---|---|
| Name: | **CITIMORTGAGE, INC.** | |
| Type: | **FOREIGN - REGULAR BUSINESS** | |
| Status: | **ACTIVE - ACTIVE CORPORATION** | |
| Date Incorporated: | **11/01/1979**    Foreign State of Incorporation: | **DELAWARE** |
| Corporation Number: | **794131**    FEI Number: | |

| Corporation Officers and Registered Agents: | | |
|---|---|---|
| **C T CORPORATION SYSTEM** | **NAME (REGISTERED AGENT)** | **1025 VERMONT AVE N W**<br>**WASHINGTON DC 20005** |

Due to the nature of the origin of public record information, the public records and commercially available data s reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or inc generally not free from defect. This product or service aggregates and reports the data, as provided by public commercially available data sources and is not the source of the data. Before relying on any data, it should be i verified.

# EXHIBIT 3

AutoTrack XP Corporate Records

## Details of: DISTRICT OF COLUMBIA CORPORATE RECORDS

| DISTRICT OF COLUMBIA CORPORATE RECORDS | | |
|---|---|---|
| Name: | **INDEPENDENCE ONE MORTGAGE CORPORATION** | |
| Type: | **FOREIGN - REGULAR BUSINESS** | |
| Status: | **ACTIVE - ACTIVE CORPORATION** | |
| Date Incorporated: **12/01/1986** | Foreign State of Incorporation: | **MICHIGAN** |
| Corporation Number: **864526** | FEI Number: | |

| Corporation Officers and Registered Agents: | | |
|---|---|---|
| **C T CORPORATION SYSTEM** | **NAME (REGISTERED AGENT)** | **1025 VERMONT AVE N W** **WASHINGTON DC 20005** |

Due to the nature of the origin of public record information, the public records and commercially available data s‹
reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or inc‹
generally not free from defect. This product or service aggregates and reports the data, as provided by public
commercially available data sources and is not the source of the data. Before relying on any data, it should be i
verified.

# EXHIBIT 4

**Boone Merrill**

| | |
|---|---|
| **From:** | Pentek Donna |
| **Sent:** | Tuesday, May 06, 2008 4:33 PM |
| **To:** | Boone Merrill |
| **Subject:** | FW: Service of Summons & Complaint |
| **Attachments:** | right to consent to magistrate judge.pdf; electronic case order.pdf; summons issued_standard Financial.pdf; First Amended Complaint.pdf; filed complaint.pdf |

**From:** Pentek Donna
**Sent:** Tuesday, May 06, 2008 4:28 PM
**To:** 'jsmith@court-support-services.com'
**Subject:** Service of Summons & Complaint

Please serve the attached Documents:  Summons, Complaint (Original and Amended) and court papers on the following this Friday, May 9, 2008:

C. Richard Beyda, Esq.
Grossberg Yochelson Fox Beyda
2000 L Street, N.W., Suite 675
Washington, D.C.  20036
202-296-9696

If you have any questions, please call me.  Thank you.

*Donna Péntek*
*Paralegal Specialist*
*Pension Benefit Guaranty Corporation*
*Office of the Chief Counsel*
*1200 K Street, N.W.*
*Washington, D.C.  20005*
*(202) 326-4020, ext 3378*

05/29/2008

# EXHIBIT 5

**Boone Merrill**

| | |
|---|---|
| **From:** | Pentek Donna |
| **Sent:** | Tuesday, May 06, 2008 4:33 PM |
| **To:** | 'jsmith@court-support-services.com' |
| **Cc:** | Boone Merrill |
| **Subject:** | Service of Summons & Complaint |
| **Attachments:** | filed complaint.pdf; First Amended Complaint.pdf; right to consent to magistrate judge.pdf; electronic case order.pdf; summons issued_la salle business credit.pdf; summons issued_la salle.pdf |

Please serve the attached Documents:  Summonses (2), Complaint (Original and Amended) and court papers on the following this Friday, May 9, 2008:

La Salle Business Credit, LLC and La Salle Bank N.A.
c/o  James P. McElligott, Jr.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
804-775-4329

If you have any questions, please call me.  Thank you.

*Donna Péntek*
*Paralegal Specialist*
*Pension Benefit Guaranty Corporation*
*Office of the Chief Counsel*
*1200 K Street, N.W.*
*Washington, D.C.  20005*
*(202) 326-4020, ext 3378*

05/29/2008

# EXHIBIT 6

**Boone Merrill**

| | |
|---|---|
| **From:** | Pentek Donna |
| **Sent:** | Tuesday, May 06, 2008 4:39 PM |
| **To:** | 'jsmith@court-support-services.com' |
| **Cc:** | Boone Merrill |
| **Subject:** | Service of Summons & Complaint |
| **Attachments:** | filed complaint.pdf; First Amended Complaint.pdf; right to consent to magistrate judge.pdf; electronic case order.pdf; summons issued_citimortgage.pdf; summos issued_independent one.pdf |

Please serve the attached Documents:  Summonses (2), Complaint (Original and Amended) and court papers on the following this Friday, May 9, 2008:


Independence One Mortgage Corporation and Citimortgage, Inc.
c/o  CT Corporation System (Registered Agent)
1025 Vermont Ave. N.W.
Washington, D.C. 20005


If you have any questions, please call me.  Thank you.

*Donna Péntek*
*Paralegal Specialist*
*Pension Benefit Guaranty Corporation*
*Office of the Chief Counsel*
*1200 K Street, N.W.*
*Washington, D.C.  20005*
*(202) 326-4020, ext 3378*

# EXHIBIT 7

**Boone Merrill**

| | |
|---|---|
| **From:** | Pentek Donna |
| **Sent:** | Thursday, May 15, 2008 10:25 AM |
| **To:** | 'jsmith@court-support-services.com' |
| **Cc:** | Berry Roxanne |
| **Subject:** | FW: Service of Summons & Complaint |

```
 Did you send us the affidavits?

-----Original Message-----
From: Customer Service [mailto:support@court-support-services.com]
Sent: Friday, May 09, 2008 12:05 PM
To: Pentek Donna
Subject: RE: Service of Summons & Complaint

Hi Donna:

Your serves are complete.  I will be getting affidavits collected today and Monday.
Since I am on my way to more serves that will have to be completed today, I will likely
handle the payment with you on Monday.

Thank you!

Jenna Smith

Court Support Services

Virginia, Maryland & Washington D.C.

(703) 577-5288 or (800) 975-6206

Fax (703) 232-1035

www.court-support-services.com
-----Original Message-----
From: Pentek Donna [mailto:Pentek.Donna@pbgc.gov]
Sent: Thursday, May 08, 2008 5:10 PM
To: jsmith@court-support-services.com
Cc: Berry Roxanne
Subject: Re: Service of Summons & Complaint

Thanks.  I downloaded from your website and gave it to Roxanne Berry.  She will be sending
you the form signed, butwithout the number.  Due to govt.
policy we cannot e-mail or fax the card number, but can give that to you over the phone.


----- Original Message -----
From: Jenna Smith <jsmith@court-support-services.com>
To: Pentek Donna
Sent: Thu May 08 16:58:37 2008
Subject: Re: Service of Summons & Complaint

Donna: please check your spam for the link. If you don't have it, as I am out of the
office today, please feel free to download the credit card authorization form from our
website.

Thank you,


Jenna Smith
Court Support Services
PO Box 674
Occoquan, VA  22125
```

```
Phone (703) 577-5288
Fax (703) 232-1035
Blackberry Mobile (703) 717-1588
```

-----Original Message-----
From: "Pentek Donna" <Pentek.Donna@pbgc.gov>

Date: Thu, 8 May 2008 15:46:08
To:<jsmith@court-support-services.com>
Subject: RE: Service of Summons & Complaint


Am I suppose to get another e-mail telling me what system to deal with payment?

-----Original Message-----
From: Jenna Smith [mailto:jsmith@court-support-services.com]
Sent: Tuesday, May 06, 2008 4:44 PM
To: Pentek Donna
Subject: Re: Service of Summons & Complaint

Hi Donna:

All emails received. I will set you up in the system now.


```
Jenna Smith
Court Support Services
PO Box 674
Occoquan, VA  22125
Phone (703) 577-5288
Fax (703) 232-1035
Blackberry Mobile (703) 717-1588
```

-----Original Message-----
From: "Pentek Donna" <Pentek.Donna@pbgc.gov>

Date: Tue, 6 May 2008 16:39:00
To:<jsmith@court-support-services.com>
Cc:"Boone Merrill" <Boone.Merrill@pbgc.gov>
Subject: Service of Summons & Complaint


Please serve the attached Documents:  Summonses (2), Complaint (Original and Amended) and court papers on the following this Friday, May 9, 2008:


Independence One Mortgage Corporation and Citimortgage, Inc.
c/o  CT Corporation System (Registered Agent)
1025 Vermont Ave. N.W.
Washington, D.C. 20005


If you have any questions, please call me.  Thank you.
Donna Péntek
Paralegal Specialist
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005
(202) 326-4020, ext 3378

# EXHIBIT 8



HOMESERVICESCONTACT USFORMS

PROCESS SERVICES

LITIGATION SUPPORT

RESEARCH & DOCUMENT RETRIEVAL

COURT, MESSENGER & COURIER SERVICES

SKIP TRACING & INFORMATION RETRIEVAL



May 2008

We regret to inform our clients that Court Support Services has closed down. We are diligently following up on the return of any original affidavits, outstanding cases and unpaid invoices..

Please direct any further communication to support@court-support-services.com

©2007 Court Support Services



# EXHIBIT 9

## Boone Merrill

**From:**    McElligott, James P. [jmcelligott@mcguirewoods.com]
**Sent:**    Friday, May 23, 2008 10:20 AM
**To:**    Boone Merrill
**Subject:**    Re: PBGC v. LaSalle service

Merrill,

I confirm that I accepted service for the LaSalle defendants on May 9, 2008.

James P. McElligott, Jr.
McGuireWoods LLP
One James Center
Richmond, Virginia 23219
804-775-4329
--------------------------
Sent using BlackBerry

--------------------------
This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

----- Original Message -----
From: Boone Merrill <Boone.Merrill@pbgc.gov>
To: McElligott, James P.
Cc: Thomas Stephanie <Thomas.Stephanie@pbgc.gov>
Sent: Fri May 23 10:13:30 2008
Subject: PBGC v. LaSalle service

Dear Mr. McElligott,

    Based on our conversations of May 9, 2008, and May 21, 2008, I understand that on the former date, you were served personally with the Summons, Complaint, and First Amended Complaint, in PBGC v. LaSalle. Unfortunately, the firm responsible for service, Court Support Services, has closed down, and to date we have been unable to obtain an affidavit from the process server. PBGC could prove service by means of an affidavit or declaration from me regarding your statements. I would, however, appreciate it if you would save PBGC the trouble of doing so, consistent with our common goal of minimizing litigation costs, by acknowledging in an e-mail or a signed writing, at your earliest convenience, that on May 9, 2008, you, the authorized agent for service of process of defendants LaSalle Bank N.A. and LaSalle Business Credit, LLC, were served personally with the Summons, Complaint, and First Amended Complaint, in PBGC v. LaSalle. I would then file that document, inter alia, as proof of service.

    If, on the other hand, LaSalle alleges that valid service of process has not been made to date, please let me know at your earliest convenience. As you are no doubt aware, Rule 4(m) provides a 120-day safe harbor for service of process, and in this case the 120th day is June 18, 2008.

Sincerely,

Merrill Boone

05/29/2008