IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PENSION BENEFIT GUARANTY CORPORATION** | : | |
| Plaintiff, | : | |
| v. | : | Case: 1:08-cv-00271-EGS |
| **LASALLE BANK N.A., et al.** | : | |
| Defendants. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES P. McELLIGOTT AND MARTA A. STEIN

Pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, Defendants move for the admission of Mr. James P. McElligott and Ms. Marta A. Stein and *pro hac vice* in the above-styled matter. Mr. McElligott and Ms. Stein's declarations in support of their admissions are attached hereto as Exhibits 1 and 2 and are incorporated by reference in this Motion. In further support of this Motion, Mr. McElligott and Ms. Stein state as follows:

1. Defendant LaSalle Bank N.A. desires that Mr. McElligott and Ms. Stein be admitted *pro hac vice* to assist Defendant in all aspects of this action.

2. Mr. McElligott and Ms. Stein are partners with McGuireWoods LLP, whose office address is:

James P. McElligott
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
T: 804.775.4329

Marta A. Stein
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
T: 312.849.8191

3.   Mr. McElligott has been a member of the Virginia Bar since 1973, and is also admitted to practice in the U.S. Court of Appeals for the 4th Circuit, U.S. Court of Appeals for the 6th Circuit, and the U.S. District Courts for the Eastern and Western Districts of Virginia.  Ms. Stein has been a member of the Illinois Bar since 1988, and is also admitted to practice in the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Eastern District of Wisconsin, and the U.S. Court of Appeals for the 7th Circuit.

4.   Mr. McElligott and Ms. Stein are in good standing and have not been the past or present subject of any disciplinary action by the Bar or courts of any jurisdiction.

5.   Mr. McElligott and Ms. Stein will be associated in the above-captioned matter proceeding with the following resident District of Columbia attorney:

> Robert Plotkin
> DC Bar No. 160176
> McGuireWoods LLP
> 1050 Connecticut Ave., NW, Suite 1200
> Washington, DC  20036
> P: (202) 857-1750

6.   Mr. McElligott and Ms. Stein have read, know and understand the Local Rules of Court for the District of Columbia.

3

WHEREFORE, LaSalle Bank N.A. respectfully requests that the Court allow Mr. McElligott and Ms. Stein to appear *pro hac vice* as counsel of record for LaSalle Bank N.A. in the captioned proceeding.

        Respectfully submitted,

        /s/ Robert Plotkin
        Robert Plotkin
        DC Bar No. 160176
        McGuireWoods LLP
        1050 Connecticut Ave., NW, Suite 1200
        Washington, DC  20036
        (202) 857-1750 (telephone)
        (202) 828-2970 (facsimile)
        *Attorney for Defendant La Salle Bank N.A.*

Dated:  July 1, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2008, a copy of the foregoing Motion for Admission *Pro Hac Vice* of James P. McElligott and Marta A. Stein was served via electronic filing to the following:

>ISRAEL GOLDOWITZ
>Chief Counsel
>KAREN L. MORRIS
>Deputy Chief Counsel
>STEPHANIE L. THOMAS
>Assistant Chief Counsel
>MERRILL D. BOONE
>Attorney
>
>PENSION BENEFIT GUARANTY
>  CORPORATION
>Office of the Chief Counsel
>1200 K Street, N.W.
>Washington, DC  20005-4026
>Tel. No. (202) 326-4020, ext. 3656
>Fax No. (202) 326-4112
>Boone.Merrill@pbgc.gov & efile@pbgc.gov
>
>
>/s/ Robert Plotkin____
>Robert Plotkin



EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PENSION BENEFIT GUARANTY CORPORATION**

    Plaintiff,

v.

**LA SALLE BANK N.A., et al.**

    Defendants.

Case: 1:08-cv-00271-EGS

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES P. McELLIGOTT, JR.

Pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, , state the following in support of the motion for my admission *pro hac vice* on behalf of Defendant La Salle Bank N.A. in the above-styled matter:

1. My full name is James P. McElligott, Jr.

2. I am a partner with McGuireWoods LLP, and my office address is 901 East Cary Street, Richmond, Virginia 23219. My office phone number is 804-775-4329.

3. I have been a member of the Virginia Bar since 1974 and am also admitted to practice in the U.S. District Courts for the Eastern and Western Districts of Virginia, the U.S. Courts of Appeal for the Fourth and Sixth Circuits, and the U.S. Supreme Court..

4. I certify that I am a member in good standing and that I have not been disciplined by the bar or courts of any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

SO SAYETH THE DECLARANT

*[signature]*
James P. McElligott, Jr.
McGuireWoodsLLP
901 East Cary Street
Richmond, Virginia 23219
804-775-4329
804-698-2111 (fax)
jmcelligott@mcguirewoods.com

Dated: June 30, 2008

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENSION BENEFIT GUARANTY CORPORATION** | : |
| Plaintiff, | : |
| v. | : Case: 1:08-cv-00271-EGS |
| LASALLE BANK N.A., et al. | : |
| Defendants. | : |

### DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MARTA A. STEIN

Pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Marta A. Stein, state the following in support of the motion for my admission *pro hac vice* on behalf of Defendant La Salle Bank N.A. in the above-styled matter:

1. My full name is Marta A. Stein.

2. I am a partner with McGuireWoods LLP, and my office address is 77 West Wacker Drive, Suite 4100, Chicago, Illinois 60601. My office phone number is 312.849.8191.

3. I have been a member of the Illinois Bar since 1988, and am also admitted to practice in the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Eastern District of Wisconsin, and the U.S. Court of Appeals for the 7th Circuit.

4. I certify that I am a member in good standing and that I have not been disciplined by the bar or courts of any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

SO SAYETH THE DECLARANT

_____
Marta A. Stein
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: 312.849.8191
Fax: 312.920.6593

Dated: June 30, 2008

\6363479.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PENSION BENEFIT GUARANTY CORPORATION** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case: 1:08-cv-00271-EGS |
| | : | |
| **LASALLE BANK N.A., et al.** | : | |
| | : | |
| Defendants. | : | |

### [PROPOSED] ORDER *PRO HAC VICE*

Pending before the Court is a motion by Defendants to admit, *pro hac vice*, James P. McElligot and Marta A. Stein, pursuant to local rule 83.2(d). The motion is hereby GRANTED.

_____          _____
Dated                                     Honorable Emmet G. Sullivan
                                          United States District Court Judge