**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case: 1:08-cv-00271 |
| LA SALLE BANK N.A., | ) ) ) | |
| LASALLE BUSINESS CREDIT, LLC, | ) ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

The Court having reviewed the Report of Conference under Fed. R. Civ. P. 26(f) and LCvR 16.3, it is, by the Court,

ORDERED: No other parties should be joined, or the pleadings amended, later than July 31, 2008, except that if Plaintiff's Motion to Stay Proceedings is granted and the PBGC Appeals Board issues a decision that LaSalle is liable to PBGC, Plaintiff shall amend or supplement its complaint under Fed. R. Civ. P. 15(d) as appropriate no later than January 21, 2009, and Defendants may amend or supplement their answers within ten days thereafter, and it is, by the Court,

FURTHER ORDERED: If the Court denies Plaintiff's Motion to Stay Proceedings, the initial disclosures described in Fed. R. Civ. P. 26(a)(1) shall be made no the later than 14 days after the date of the order denying that Motion, and it is, by the Court,

FURTHER ORDERED: If the Court denies Plaintiff's Motion to Stay Proceedings, the expert witness reports and information described in Fed. R. Civ. P. 26(a)(2) shall be disclosed no later than 60 days before the date for the completion of all discovery, or if Fed. R. Civ. P.

26(a)(2)(C)(ii) applies, within 30 days after the other party's expert witness disclosure, and it is, by the Court,

FURTHER ORDERED: If the Court grants Plaintiff's Motion to Stay Proceedings, the date for the completion of all discovery will be February 28, 2009, and it is, by the Court,

FURTHER ORDERED: If the Court denies Plaintiff's Motion to Stay Proceedings, the date for the completion of all discovery, including answers to interrogatories, document production, requests for admissions, and depositions, will be 180 days after the date of the order denying that Motion, and it is, by the Court,

FURTHER ORDERED: The parties' rights to seek limits on the form or content of discovery are reserved, and it is, by the Court,

FURTHER ORDERED: Motions for summary judgment shall be filed no later than 1) March 31, 2009, if the Court grants Plaintiff's Motion to Stay Proceedings; or 2) 90 days after the date for the completion of all discovery, if the Court denies Plaintiff's Motion to Stay Proceedings, and it is, by the Court,

FURTHER ORDERED: Any opposition to a motion for summary judgment shall be filed no later than 30 days after the date that the motion is filed; and any reply to an opposition to a motion for summary judgment shall be filed no later than 21 days after the date that the opposition is filed, and it is, by the Court,

FURTHER ORDERED: The pretrial conference shall be held no sooner than 45 days after all motions for summary judgment have been denied, and it is, by the Court,

FURTHER ORDERED: At the pretrial conference, a trial date will be set from 30 to 60 days after that conference.

Dated: _____               _____
                                        UNITED STATES DISTRICT JUDGE

Attorney to be notified of entry of order under LCvR 7(k):

James P. McElligott, Jr.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Attorney and Agent for Service of Process for Defendants
LA SALLE BANK N.A. and LASALLE BUSINESS CREDIT, LLC

Merrill Boone
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C.  20005
Attorney for the PBGC