IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case: 1:08-00271 |
| LA SALLE BANK N.A., et al. | )<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS PROPOSED SCHEDULING ORDER
SUBMITTED PURSUANT TO LOCAL RULE 16.3(d)**

Defendants LaSalle Bank N.A. and LaSalle Business Credit, LLC (collectively "LaSalle Defendants"), pursuant to Local Rule 16.3(d), submit the attached proposed Scheduling Order, the parties having been unable to agree on a joint scheduling order.

Respectfully submitted,

/s/ Robert Plotkin
Robert Plotkin
DC Bar No. 160176
McGuireWoods LLP
1050 Connecticut Ave., NW, Suite 1200
Washington, DC 20036
(202) 857-1750 (telephone)
(202) 828-2970 (facsimile)
*Attorney for Defendant La Salle Bank N.A.*

Dated: July 10, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2008, a copy of the foregoing Defendants' Proposed Scheduling Order was served via electronic filing to the following:

>ISRAEL GOLDOWITZ, Chief Counsel
>KAREN L. MORRIS, Deputy Chief Counsel
>STEPHANIE L. THOMAS, Asst. Chief Counsel
>MERRILL D. BOONE, Attorney
>PENSION BENEFIT GUARANTY CORPORATION
>Office of the Chief Counsel
>1200 K Street, N.W.
>Washington, DC 20005-4026
> (202) 326-4020, ext. 3656
>Fax No. (202) 326-4112
>Boone.Merrill@pbgc.gov & efile@pbgc.gov

>/s/ Robert Plotkin
>Robert Plotkin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PENSION BENEFIT GUARANTY )
CORPORATION, )
 )
      Plaintiff, )
 )
      v. )   Case: 1:08-00271
 )
LA SALLE BANK N.A., et al. )
 )
      Defendants. )

## SCHEDULING ORDER

Finding it in the interest of justice and otherwise reasonably necessary for the orderly and efficient administration of justice, it is hereby **ORDERED** that the schedule set forth below shall govern the progress of this action, except to the extent amended or augmented by the terms of any other Order.

1.    Within fifteen (15) days after entry of this Order, motions for joinder of additional parties or amendment of pleadings shall be filed. Any such motions filed thereafter will be entertained only upon a showing of good cause.

2.    The parties have advised that they intend to engage in settlement discussions, including mediation, until August 31, 2008, which period will include exchange of information and documents concerning their respective positions.

3.    All fact discovery, including all supplementation, shall be concluded no later than December 14, 2008.

4.    The parties shall disclose any expert witnesses and their reports no later than January 15, 2009. Depositions of such witnesses shall be completed no later than February 5, 2009.

5.    Summary judgment motions shall be filed no later than March 5, 2009. Responses are due no later than April 6, 2009. Replies are due no later than April 27, 2009.

The Clerk is directed to send a copy of this Scheduling Order to all counsel.

It is so ORDERED.


Date: July ___, 2008                                    _____


                                                        Emmet G. Sullivan

                                                        UNITED STATES DISTRICT JUDGE